January 17, 2026

Dear Honorable Judge Jackson,

I write with humility and respect as the Court considers an appropriate sentence in this matter. I do not seek to excuse my son's conduct. His actions were wrong, and he accepts responsibility for them. I recognize the seriousness of the offense and the harm it has caused, and I fully support restitution and the need for accountability.

My son is deeply remorseful. He has expressed sincere regret for his behavior and concern for those affected. I hope the Court will also consider his history and the broader context of his life. This is his first offense of any kind. Until this matter, he lived as a law-abiding and productive member of society.

He served honorably in the military for many years, following in the footsteps of both his father and me. As a result of that service, he suffers from post-traumatic stress disorder and other chronic health issues. He also struggles with a serious addiction, which, while never an excuse, is a condition that requires treatment and structure. He has begun seeking guidance and has expressed a genuine commitment to rehabilitation, education, and learning a trade so that he may return to society prepared to live responsibly.

As a survivor of childhood sexual abuse myself, I approach this matter with gravity and care. I do not minimize the seriousness of offenses of this nature. My plea for leniency is grounded not in denial, but in the belief that justice can include the opportunity for treatment and rehabilitation when remorse is genuine and the willingness to change is real.

I respectfully ask the Court to consider a sentence that balances punishment with the possibility of rehabilitation, including placement in a facility where appropriate treatment and programming are available. I am committed to supporting my son in every lawful way so that he complies fully with all conditions imposed and works toward becoming a better person.

Thank you, Your Honor, for your time and thoughtful consideration.

Respectfully submitted,

Julia L. Lohse

**Morgan Essex**

**From:** Morgan Essex
**Sent:** Tuesday, February 24, 2026 9:38 AM
**To:** Morgan Essex
**Subject:** RE: Letter on behalf of Shane Harlacher

> **From:** Mari Jo Schmoker <countrymouse575@yahoo.com>
> **Date:** December 8, 2025 at 6:58:54 PM CST
> **To:** Morgan@invictus-law.com
> **Subject: Letter on behalf of Shane Harlacher**

Sent from Mari Jo

Your Honour,

My name is Mary Jo Schmoker. I live at 6873 Ohio Road, Allenton, Wisconsin. I am a Physical Therapist Assistant here in Wisconsin. I met Julia Lohse, Shane Harlacher's mother, 25 + years ago while working at St. Joseph's Hospital in West Bend.

Julia and I became very close friends over the years, sharing life's journey, good and bad. We went on many vacations together as families. We shared many holidays and family traditions. We got to know each others spouses and children very well.

I was there when Shane graduated from high school and enlisted in the Navy. He was very excited about the possibilities opening up for him. I celebrated his promotions over the years. We all greatly anticipated Shane's upcoming retirement after 25 + years of service to our country. It is my own opinion, that a military life has its challenges. I witnessed my own brother (also in the Navy), as well as Shane, morph into different people after accumulative experiences they had overseas. Yes, they became more strong, independent, focused however, they also became withdrawn at times and just not themselves. They both remained very good people with huge hearts. Their hearts had been affected by what they lived through. They both laughed a little less. They both have expressed to me how hard it was to be away from their family, children and friends for prolonged periods of time during deployments. Communication was restricted, especially during war time, and the isolation was challenging. It's hard for me to explain what I observed I am not a phycologist. I can only tell you they both changed.

I was part of the celebration when Shane became a father of twins and was present on many occasions and observed his love for his children and their love for him (and their grandmother). We weathered the loss of my husband

1

together. At this time both of Julia's son became 'brothers' to my daughter. They supported her through her grief and were both there for her when she needed someone to talk to. Both Shane and Shawn have an amazing sense of humor which was a blessing for both my daughter and myself. Then came the loss of their own father, followed by the loss of their step dad, Ralph. We were very much typical families that supported and loved each other.

I am aware of the charges against Shane and I continue to struggle with the reality of this situation. The charges do not line up with the person I have come to know over the last 25+ years. It is impossible for me to write a letter to someone who knows only one aspect of a person that is in sharp contrast to the person I have known for more than a quarter of a century. I wish I had the gift to adequately acquaint you to who Shane truly is. Although I am aware that this is now a piece of who Shane has become, I do have questions as to how and why this has happened. Life's paths and experiences, good and bad, tend to mold us.

I can tell you honestly, when a decision is made, I will be here. I will continue to support Julia and Shane. I know in my heart this is not who he is and this is definitely not who Shane wants to be. He needs to know people believe in him, support him and will walk beside him as he overcomes this, and he will overcome this. I will be there as Shane carves out a new life for himself. It will be a new chapter, one of forgiveness, remorse and ultimately healing. It won't be easy. Shane won't have to do it alone. I love him and believe in him.

Thank you for your time,

Very sincerely,

Mari Jo Scmoker
414-698-3748

2

David Volkert

10633 Bridge St.

Cedarburg, WI. 53012

December 8, 2025

Your Honor:

My name is David Volkert, and I am writing on behalf of my nephew, Shane Harlacher, as he approaches sentencing before the court. I appreciate the opportunity to offer some insight into Shane's character, because the young man that I have known throughout his life is not defined by the mistakes he now faces, but by the many years of integrity and service that came before them.

Shane has made a career of serving his country in the United States Navy, and he did so with honor. His service required discipline, sacrifice, and a sense of duty that not every young man possesses. I watched him grow from a respectful and promising boy into a responsible adult who took pride in contributing to something larger than himself. His military service shaped him into a person who understood commitment and valued doing the right thing even in difficult circumstances.

Shane has always been known as a quiet, steady, and dependable presence. From the time he was a young boy, Shane spent many hours with my family. He grew up playing alongside my son, even playing on the same little league team. Shane enjoyed sports and stood out not only for his talent and dedication, but for his sportsmanship, reliability, and respect for his teammates and coaches alike.

I do not excuse his actions, and I know he accepts responsibility for them. But I also know that the behavior bringing him before the court is not representative of the man he has been throughout most of his life. I believe that with appropriate guidance and the chance to rebuild, Shane has the capability to return to being the honorable and contributing person he once was.

Your Honor, I respectfully ask that you consider Shane's long history of service, character, and support that he has from his family when determining an appropriate sentence. I am sure that given the opportunity he will work hard to make amends and demonstrate that your leniency was not misplaced.

Thank you for taking the time to consider my perspective. I respectfully ask that you take Shane's lifelong character, his years of honorable military service, and his potential for rehabilitation into account as you determine his sentence.

Respectfully,

David Volkert